George C. Henszey and Leonardo S. Clark, Trustees under the will of Margaret A. Henszey, deceased, v. William F. Parker, Appellant.

Argued March 23, 1898. Appeal, No. 453, Jan. T., 1897, by William F. Parker, from judgment of C. P. No. 1, Phila. County, March T., 1897, No. 486, on case stated. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

PER CURIAM, April 4, 1898:

This case was argued with No. 452 of January term, 1897, ante, p. 353, and involves substantially the same question. For reasons given in the opinion affirming the judgment in that case, we think there is no error in the decision of the court below.

Judgment affirmed.